UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEW CASTLE HOTELS LLC, | : |
|     Plaintiff, | : CIVIL ACTION<br>: NO. 3:02-CV-1019 (MRK) |
| v. | : |
| LUBERT-ADLER REAL ESTATE FUND III, L.P. and LUBERT-ADLER REAL ESTATE PARALLEL FUND III, L.P., | : |
|     Defendants, | : |
| v. | : |
| MARIAN R. BARBIERI, GERALD P. CHASE, ROGER T. CLARK, BUFFAM FAMILY LIMITED PARTNERSHIP, SEMBRAR LIMITED LIABILITY COMPANY, TARRYTOWN HOTEL INVESTORS LLC, TARRYTOWN II HOTEL INVESTORS LLC and BROOKLINE HOTEL INVESTORS LLC, | : |
|     Additional Counterclaim Defendants. | : NOVEMBER 6, 2003 |

MOTION TO REINSTATE
<u>MOTION FOR PREJUDGMENT REMEDY</u>

On January 21, 2003, the defendants Lubert-Adler Real Estate Fund III, L.P. and Lubert-Adler Real Estate Parallel Fund III, L.P. (collectively, "Lubert-Adler"), filed a Motion for Prejudgment Remedy (the "Motion"). On February 5, 2003, the Motion was referred to Magistrate Judge William I. Garfinkel, and a hearing was scheduled for April

16, 2003. By the time the hearing date arrived, the parties were engaged in extensive settlement negotiations, and therefore postponed the hearing several times. Given the length of time the Motion was pending, it was eventually denied as moot on August 14, 2003 without prejudice to reclaiming the Motion.

Although the parties are still exploring settlement at this time, Lubert-Adler respectfully requests that the Motion be reinstated on the court calendar and that a hearing be assigned following December 4, 2003 (a settlement conference is scheduled on that date before Magistrate Judge Garfinkel). Lubert-Adler is greatly concerned that should the settlement conference fail, it will need to prosecute the Motion in order to protect its interests and waiting until after December 4th to reclaim the Motion will likely result in too much delay. Should a settlement be accomplished, then the Motion will be a moot matter.

WHEREFORE, for the foregoing reasons, Lubert-Adler respectfully requests that the Court reinstated the Motion and scheduled it for hearing shortly after December 4, 2003.

          DEFENDANTS/COUNTERCLAIMANTS -
          LUBERT-ADLER REAL ESTATE FUND III,
          L.P. and LUBERT-ADLER REAL ESTATE
          PARALLEL FUND III, L.P.

By _____
    Robert E. Kaelin - ct11631
    rkaelin@murthalaw.com
    C. Donald Neville - ct24001
    dneville@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Reinstate was mailed first-class, postage prepaid, on this <u>6th</u> day of November, 2003 to:

Counsel for New Castle Hotels LLC,
Buffam Family Limited Partnership,
Sembrar Limited Liability Company,
Tarrytown Hotel Investors LLC,
Tarrytown II Hotel Investors LL and
<u>Brookline Hotel Investors LLC</u>

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, Connecticut 06604

Counsel for Marian R. Barbieri,
<u>Gerald P. Chase and Roger T. Clark</u>

S. David Vatti, Esq.
Law Offices of S. Dave Vatti
375 Bridgeport Avenue, 3rd Floor
Shelton, CT 06484

_____
Robert E. Kaelin - ct11631