UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

December 4, 2003

10:00 a.m.

*Held 6½ hours.*

CASE NO. **3:02cv1019 (MRK)**    <u>New Castle Hotels vs. Lubert-Adler Real,</u> et al.

Robert E. Kaelin
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469


Kari L. Olson
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469


Edward R. Scofield
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740


Douglas John Varga
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740


S. Dave Vatti
375 Bridgeport Ave., 3rd Fl.
Shelton, CT 06484-3961




                                         BY ORDER OF THE COURT
                                         KEVIN F. ROWE, CLERK