UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday January 7, 2004
2:00 p.m.

CASE NO. **3:02cv1019 MRK**    **New Castle Hotels v. Lubert-Adler Real, et al**

Robert E. Kaelin
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469


Kari L. Olson
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469


Edward R. Scofield                     STATUS CONFERENCE HELD
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500        DATE: ~~1/4/04~~ 1/7/04
PO Box 1740
Bridgeport, CT 06601-1740                     15 min.


Douglas John Varga
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740


S. Dave Vatti
375 Bridgeport Ave., 3rd Fl.
Shelton, CT 06484-3961



                                       BY ORDER OF THE COURT
                                       KEVIN F. ROWE, CLERK