# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

New Castle Hotels LLC
  Plaintiff,
V.:
Lupert-Adler Real Estate: Fund III, L.P.,
and Lupert-Adler Real Esatate
Parallel Fund III, L.P.
  Defendants,
V.:
Marian R. Barbieri, Gerald P. Chase, Roger T. Clark, Buffam:
family limited partnership, Sembrar Limited Liability Company, Tarrytown Hotel Investors LLC, Tarrytown II hotel investors LLC and Brookline Hotel Investors LLC.
Additional Counter Claim Defendants

**APPEARANCE**

FILED
2004 JAN 20 P 1:32
U.S. DISTRICT COURT

CASE NUMBER: 3:02-CV-1019 (CFD)CT.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants Marian R. Barbieri, Gerald P. Chase and Roger T. Clark in lieu of S. Dave Vatti.

| | |
|---|---|
| 1/15/2004 | [signature] |
| Date | Signature |
| ct 03773 | Arthur C. Laske III |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203-254-1770 | 1261 Post Road |
| Telephone Number | Address |
| 203-256-9442 | Fairfield, CT 06824 |
| Fax Number | |

acllaskelaw@optonline.net
E-mail address

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

see attached

[signature]
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATION

This is to certify that a copy of the foregoing appearance has been mailed, this date, January 15, 2004 to the following:

Robert E. Kaelin, Esq.
Murtha Cullina LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103

Kari L. Olsen, Esq
Murtha Cullina LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103

Edward R. Scofield, Esq.
Zeldes, Needles and Cooper
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport, CT 06601

Douglas John Varga, Esq.
Zeldes, Needles and Cooper
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport, CT 06601

                                             _____
                                             ARTHUR C. LASKE III, ESQ.