UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429
~~January 29,~~ Feb 4, 2004     Held 4 hours
~~10:00 a.m.~~
2:00 p.m.

CASE NO. **3:02cv1019 (MRK)**     New Castle Hotels vs. Lubert-Adler Real Estate Fund, et al

Robert E. Kaelin
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

Kari L. Olson
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

Edward R. Scofield
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740

Douglas John Varga
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

S. Dave Vatti
375 Bridgeport Ave., 3rd Fl.
Shelton, CT 06484-3961

*THE SETTLEMENT ORDER ISSUED BY JUDGE GARFINKEL REMAINS IN EFFECT.

LAWYERS MAY FAX ANY SUPPLMENTAL INFO TO JUDGE GARFINKEL @ 203-579-5946.

    THANKS.

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK