UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW CASTLE HOTELS LLC, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:02 CV 1019 (MRK) |
| | : | |
| v. | : | |
| | : | |
| LUBERT-ADLER REAL ESTATE FUND III, L.P. and LUBERT-ADLER REAL ESTATE PARALLEL FUND III, L.P., | : | |
| | : | |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| MARIAN R. BARBIERI, GERALD P. CHASE, ROGER T. CLARK, BUFFAM FAMILY LIMITED PARTNERSHIP, SEMBRAR LIMITED LIABILITY COMPANY, TARRYTOWN HOTEL INVESTORS LLC, TARRYTOWN II HOTEL INVESTORS LLC and BROOKLINE HOTEL INVESTORS LLC, | : | |
| | : | |
| Additional Counterclaim Defendants. | : | |

## ENDORSEMENT ORDER [DOC. #65]

The Court having conferred telephonically with the parties on February 5, 2004 in the above-captioned matter, the Motion To Reinstate Motion For Prejudgment Remedy [doc. #65] is hereby DENIED without prejudice to renewal.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
             U.S.D.J.

Dated at New Haven, Connecticut: February 5, 2004.