UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW CASTLE HOTELS LLC, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02-CV-1019 (MRK) |
| | : | |
| v. | : | |
| | : | |
| LUBERT-ADLER REAL ESTATE FUND III, L.P. and LUBERT-ADLER REAL ESTATE PARALLEL FUND III, L.P., | : | |
| | : | |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| MARIAN R. BARBIERI, GERALD P. CHASE, ROGER T. CLARK, BUFFAM FAMILY LIMITED PARTNERSHIP, SEMBRAR LIMITED LIABILITY COMPANY, TARRYTOWN HOTEL INVESTORS LLC, TARRYTOWN II HOTEL INVESTORS LLC and BROOKLINE HOTEL INVESTORS LLC, | : | |
| | : | |
| Additional Counterclaim Defendants. | : | FEBRUARY 6, 2004 |

MOTION TO SUSPEND DEADLINES

Pursuant to the Court's recommendation during the telephonic status conference held on Thursday, February 5, 2004, the defendants, Lubert-Adler Real Estate Fund III, L.P. and Lubert-Adler Real Estate Parallel Fund III, L.P., and plaintiff, New Castle Hotels LLC hereby move for an Order suspending all applicable deadlines in this Action until March 31, 2004 to enable to parties to concentrate on their settlement endeavors.

Should the Action not be settled by March 31, 2004, the parties will submit a new, proposed Parties Rule 26(f) Planning Report no later than April 10th.  Counsel for counterclaim defendants Marian R. Barbieri, Gerald P. Chase and Roger T. Clark has been contacted regarding this motion and consent to the relief requested herein.

WHEREFORE, for the foregoing reasons, Lubert-Adler respectfully requests that the Court grant this Motion suspending all applicable deadlines in this matter until March 31, 2004.

                         DEFENDANTS/COUNTERCLAIMANTS -
LUBERT-ADLER REAL ESTATE FUND III, L.P. and LUBERT-ADLER REAL ESTATE PARALLEL FUND III, L.P.

By _____
Robert E. Kaelin - ct11631
rkaelin@murthalaw.com
C. Donald Neville - ct24001
dneville@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Their Attorneys

PLAINTIFF NEW CASTLE HOTELS LLC AND
COUNTERCLAIM DEFENDANTS BUFFAM
FAMILY LIMITED PARTNERSHIP, SEMBRAR
LIMITED LIABILITY COMPANY, TARRYTOWN
HOTEL INVESTORS LLC, TARRYTOWN II
HOTEL INVESTORS LLC AND BROOKLAWN
HOTEL INVESTORS LLC


By_____
Edward R. Scofield (ct00455)

ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard,
Bridgeport, Ct 06601-1740
Tele: (203)333-9441
Fax: (203)333-1489
Email: escofield@znclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Suspend Deadline was mailed first-class, postage prepaid, on this ____ day of February, 2004 to:

Counsel for New Castle Hotels LLC,
Buffam Family Limited Partnership,
Sembrar Limited Liability Company,
Tarrytown Hotel Investors LLC,
Tarrytown II Hotel Investors LL and
Brookline Hotel Investors LLC

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, Connecticut 06604


Counsel for Marian R. Barbieri,
Gerald P. Chase and Roger T. Clark
Arthur C. Laske, Esq.
1261 Post Road
Fairfield, CT 06824

_____
Robert E. Kaelin - ct11631