UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday, February 5, 2004

10:15 a.m.

CASE NO. **3:02cv1019**   **New Castle Hotels v. Lubert-Adler Real Est. Fund III**,

Douglas John Varga
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
PO Box 1740
Bridgeport, CT 06601-1740
203-333-9441

Edward R. Scofield
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740
203-332-5726

Robert E. Kaelin
Murtha Cullina LLP
Cityplace I
185 Asylum St.
Hartford, CT 06103-3469
860-240-6000

Kari L. Olson
Murtha Cullina LLP
Cityplace I
185 Asylum St.
Hartford, CT 06103-3469
860-240-6000

STATUS CONFERENCE HELD
DATE: 2/5/04

10 min.

S. Dave Vatti
375 Bridgeport Ave., 3rd Fl.
Shelton, CT 06484-3961
203-944-9392

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK

S. Dave Vatti
375 Bridgeport Ave., 3rd Fl.
Shelton, CT 06484-3961
203-944-9392