UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW CASTLE HOTELS LLC, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:02 CV 1019 (MRK) |
| | : | |
| v. | : | |
| | : | |
| LUBERT-ADLER REAL ESTATE FUND III, L.P. and LUBERT-ADLER REAL ESTATE PARALLEL FUND III, L.P., | : | |
| | : | |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| MARIAN R. BARBIERI, GERALD P. CHASE, ROGER T. CLARK, BUFFAM FAMILY LIMITED PARTNERSHIP, SEMBRAR LIMITED LIABILITY COMPANY, TARRYTOWN HOTEL INVESTORS LLC, TARRYTOWN II HOTEL INVESTORS LLC and BROOKLINE HOTEL INVESTORS LLC, | : | |
| | : | |
| Additional Counterclaim Defendants. | : | |

## **ORDER**

The Motion To Suspend Deadlines [doc. #71], dated February 9, 2004, is hereby **GRANTED**, suspending all applicable deadlines in this matter until March 31, 2004. If this action is not settled by March 31, 2004, the parties shall submit a new Parties Rule 26(f) Planning Report no later than **April 10, 2004**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
                    U.S.D.J.

Dated at New Haven, Connecticut: February 18, 2004.