UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEW CASTLE HOTELS LLC, : | |
| : | |
| Plaintiff, : | Civil No. 3:02 CV 1019 (MRK) |
| : | |
| v. : | |
| : | |
| LUBERT-ADLER REAL ESTATE : | |
| FUND III, L.P. and LUBERT-ADLER : | |
| REAL ESTATE PARALLEL : | |
| FUND III, L.P., : | |
| : | |
| Defendants, : | |
| : | |
| v. : | |
| : | |
| MARIAN R. BARBIERI, GERALD P. : | |
| CHASE, ROGER T. CLARK, BUFFAM : | |
| FAMILY LIMITED PARTNERSHIP, : | |
| SEMBRAR LIMITED LIABILITY : | |
| COMPANY, TARRYTOWN HOTEL : | |
| INVESTORS LLC, TARRYTOWN II : | |
| HOTEL INVESTORS LLC and : | |
| BROOKLINE HOTEL INVESTORS LLC, : | |
| : | |
| Additional Counterclaim : | |
| Defendants. : | |

## ORDER

The Second Motion To Suspend Deadlines [doc. #74], dated April 2, 2004, is hereby **GRANTED**, suspending all applicable deadlines in this matter until May 3, 2004. If this action is not settled by May 3, 2004, the parties shall submit a new Parties Rule 26(f) Planning Report no later than **May 15, 2004**. A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **May 18, 2004 at 4:45 p.m.** Plaintiff's counsel will initiate the conference call.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                    U.S.D.J.

Dated at New Haven, Connecticut: April 16, 2004.