UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW CASTLE HOTELS LLC, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:02 CV 1019 (MRK) |
| | : | |
| v. | : | |
| | : | |
| LUBERT-ADLER REAL ESTATE FUND III, L.P. and LUBERT-ADLER REAL ESTATE PARALLEL FUND III, L.P., | : | |
| | : | |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| MARIAN R. BARBIERI, GERALD P. CHASE, ROGER T. CLARK, BUFFAM FAMILY LIMITED PARTNERSHIP, SEMBRAR LIMITED LIABILITY COMPANY, TARRYTOWN HOTEL INVESTORS LLC, TARRYTOWN II HOTEL INVESTORS LLC and BROOKLINE HOTEL INVESTORS LLC, | : | |
| | : | |
| Additional Counterclaim Defendants. | : | |

## ORDER

The Third Motion To Suspend Deadlines [doc. #76], dated May 19, 2004, is hereby **GRANTED**, suspending all applicable deadlines in this matter until June 4, 2004. If this action is not settled by June 4, 2004, the parties shall submit a new Parties Rule 26(f) Planning Report no later than **June 11, 2004**. A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **June 22, 2004 at 8:15 a.m.** Plaintiff's counsel will initiate the conference call.

IT IS SO ORDERED.


/s/     <u>Mark R. Kravitz</u>
        United States District Judge


Dated at New Haven, Connecticut: <u>May 27, 2004</u>.