UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JUN -7 A 9: 38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

NEW CASTLE HOTELS

V.                                                              3:02CV1019(MRK)

LUBERT-ADLER

SCHEDULING ORDER RE: MEDIATION

1. Counsel are to report to the undersigned judge by telephone on the status of discussions on June 17, 2004. They should be conferring with each other in the interim.

2. The parties are to return to court for a follow-up conference on July 15, 2004, or another date in early or mid-July to be determined during the telephonic conference.

So ordered on June 3, 2004, at Bridgeport.

William I. Garfinkel, U.S.M.J.