UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEW CASTLE HOTELS LLC, | : |
| Plaintiff, | : |
| V. | : |
| LUBERT-ADLER REAL ESTATE FUND III, L.P. AND LUBERT-ADLER REAL ESTATE PARALLEL FUND III, L.P., | : NO. 3:02CV1019 (MRK) |
| Defendants, | : |
| V. | : |
| MARIAN R. BARBIERI, GERALD P. CHASE, ROGER T. CLARK, BUFFAM FAMILY LIMITED PARTNERSHIP, SEMBRAR LIMITED LIABILITY COMPANY, TARRYTOWN HOTEL INVESTORS LLC, TARRYTOWN II HOTEL INVESTORS LLC and BROOKLINE HOTEL INVESTORS LLC, | : |
| Additional Counterclaim Defendants. | : March 7, 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice, and without costs.

THE PLAINTIFF,
NEW CASTLE HOTELS LLC and
COUNTERCLAIM DEFENDANTS,
BUFFAM FAMILY LIMITED PARTNERSHIP
SEMBRAR LIMITED LIABILITY COMPANY,
TARRYTOWN HOTEL INVESTORS LLC,
TARRYTOWN II HOTEL INVESTORS LLC
and BROOKLINE HOTEL INVESTORS LLC

By _____
Edward R. Scofield (ct00455)

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Boulevard,
    P.O. Box 1740
    Bridgeport, Ct 06601-1740
    Tel. (203) 333-9441
    Fax (203) 333-1489
    Email: escofield@znclaw.com

Their Attorney


THE DEFENDANTS, LUBERT-ADLER REAL
ESTATE FUND III, L.P. and LUBERT-ADLER
REAL ESTATE PARALLEL FUND III, L.P.

By _____
Robert E. Kaelin (ct11631)

    Murtha Cullina LLP
    CityPlace I
    185 Asylum Street
    Hartford, CT  06103
    Tel. (860) 240-6000
    Fax (860) 240-6150
    Email: rkaelin@murthalaw.com

Their Attorney

ADDITIONAL COUNTERCLAIM
DEFENDANTS MARIAN R. BARBIERI,
GERALD P. CHASE, and ROGER T. CLARK

By /s/ Arthur C. Laske, III
Arthur C. Laske, III (ct03773)

    Law Office of Arthur C. Laske, III
    1261 Post Road
    Fairfield, CT 06824
    Tel. (203) 254-1770
    Fax (203) 256-9442
    Email: laskelaw@aol.com

Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via facsimile & U.S. Mail, postage prepaid, on this date, to:

    Robert E. Kaelin, Esq.
    Murtha Cullina LLP
    CityPlace I - 185 Asylum St.
    Hartford, CT 06103

    Arthur S. Laske, III
    Law Offices of Arthur S. Laske
    1261 Post Road
    Fairfield, CT 06824

Dated at Bridgeport, Connecticut on this 10th day of March, 2005.

                                              Edward R. Scofield